IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EAGLEHAWK CARBON, INC. (1),<br>MOSSY EAGLE LIMITED LIABILITY CO. (2),<br>ROCKSPRING DEVELOPMENT, INC. (3),<br>TWIN STAR MINING, INC. (4),<br>WHITE FLAME ENERGY, INC. (5),<br>KANAWHA EAGLE LIMITED LIABILITY COMPANY (6), and<br>KANAWHA EAGLE COAL, LLC (7),<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Court No.: 01-443C<br>BEFORE: Judge Williams<br><br>**MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** |

Plaintiffs, Eaglehawk Carbon, Inc., Mossy Eagle Limited Liability Company, Rockspring Development, Inc., Twin Star Mining, Inc., White Flame Energy, Inc., Kanawha Eagle Limited Liability Company, and Kanawha Eagle Coal, LLC, by their attorneys, Merrell & Merrell, P.C., moves the Court for leave to amend their First Amended Complaint by filing their Second Amended Complaint submitted herewith. In support of its motion, Plaintiffs states as follows:

1. On July 31, 2001, plaintiffs, Eaglehawk Carbon, Inc., Mossy Eagle Limited Liability Company, Rockspring Development, Inc., Twin Star Mining, Inc. and White Flame Energy, Inc. filed their complaint in this Court.

2. On October 31, 2001, plaintiffs submitted their First Amended Complaint, adding as additional parties plaintiff, Kanawha Eagle Limited Liability Company and Kanawha Eagle

Coal, LLC. The First Amended Complaint was filed by leave of Court, entered November 20, 2001.

3. Plaintiffs seeks to recover coal reclamation fees imposed by defendant, pursuant to 30 U.S.C. § 1232 (the "Coal Reclamation Fee"), on export coal sales, and plaintiffs further seeks a declaratory judgment that the Coal Reclamation Fee is unconstitutional as applied to exports.

4. Plaintiffs are producers of coal who paid Coal Reclamation Fees on exported coal .

5. Since the filing of the First Amended Complaint, Plaintiff, Kanawha Eagle Coal, LLC, has incurred additional coal reclamation fees on exported coal. For that reason, the amount of reclamation fees paid on exported coal, as set forth in the Complaint, should be revised.

6. The Second Amended Complaint is identical to the First Amended Complaint, except that Schedule G to the Second Amended Complaint has been modified to add claims for the four quarters of 2001 on behalf of plaintiff, Kanawha Eagle Coal, LLC.

7. Counsel for the defendant has advised counsel for plaintiff that defendant has no objection to the allowance of this motion.

WHEREFORE, the plaintiff requests that this motion be allowed.

Respectfully submitted,

MERRELL & MERRELL, P.C.

By: s/John Y. Merrell, Jr.

John Y. Merrell, Jr.
Merrell & Merrell, P.C.
Attorneys for Plaintiff
1477 Chain Bridge Road
Suite 101
McLean, VA 22101
Tel: (703) 790-8440
Fax: (703) 790-8944

Of Counsel: John Y. Merrell

Date: January 30, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 30th day of January 2007, John Y. Merrell, Jr., the foregoing MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Courts electronic filing system and may be accessed thereby.

s / John Y. Merrell, Jr.