# In the United States Court of Federal Claims

**No. 01-443C**
**(Filed January 31, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**EAGLEHAWK CARBON, INC., ET AL.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

---

On January 31, 2007, Plaintiffs filed a motion for leave to amend their first amended complaint in order to add Schedule G. Schedule G describes the coal reclamation fees paid on exported coal by Plaintiff Kanawha Eagle Coal, LLC, for the four quarters of 2001. Defendant does not oppose this motion. Good cause having been shown, this motion is **GRANTED.** The Second Amended Complaint is accepted and filed as of this date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**