**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EAGLEHAWK CARBON, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 01-443C (Judge Coster Williams) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, dated February 1, 2004, the parties respectfully submit this status report advising the Court of the status of this case. This case has been stayed pending final resolution of Consolidation Coal, et. al. v. United States, Fed. Cl. No. 01-254. On February 22, 2007, the Court entered judgment in favor of one test plaintiff, Jim Walter Resources, Inc. The defendant, United States, may appeal that decision to the United States Court of Appeals for the Federal Circuit; however, no decision has been made by the Solicitor General. The statutory deadline for either party to file a notice of appeal is April 20, 2007. Accordingly, the parties suggest that they file another joint status report with the court in 30 days to inform the Court whether an appeal has been taken and whether the parties believe the stay should be lifted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Todd M. Hughes
TODD M. HUGHES
Assistant Director

S/John Y. Merrell, Jr.
JOHN Y. MERRELL, Jr.
Merrell & Merrell, P.C.
1477 Chain Bridge Rd.
Suite 101
McLean, VA 22101

Attorney for Plaintiff

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C.
Tel: (202) 353-0543

Attorneys for Defendant

Apr. 10, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 10th day of April, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Tara K. Hogan