**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EAGLEHAWK CARBON, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 01-443C (Judge Coster Williams) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, dated February 1, 2004, and the April 12, 2007 correspondence from this Court, the parties respectfully submit this report advising the Court of the status of this case. This case has been stayed pending final resolution of Consolidation Coal, et. al. v. United States, Fed. Cl. No. 01-254. On February 22, 2007, the Court entered judgment in favor of one test plaintiff, Jim Walter Resources, Inc. On April 19, 2007, the United States, filed a Notice of Appeal of that decision to the United States Court of Appeals for the Federal Circuit. Counsel for the parties are in agreement that the stay should not be lifted. The parties anticipate that they will file a status report with this Court upon final resolution of the appeal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Todd M. Hughes
TODD M. HUGHES
Assistant Director

S/John Y. Merrell, Jr.
JOHN Y. MERRELL, Jr.
Merrell & Merrell, P.C.
1477 Chain Bridge Rd.
Suite 101
McLean, VA 22101

Attorney for Plaintiff

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C.
Tel: (202) 616-2228

Attorneys for Defendant

May 10, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 10th day of May, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Tara K. Hogan